

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-6-2011

# Glenn Gates v. Rohm & Haas Co

Precedential or Non-Precedential: Precedential

Docket No. 10-2108

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Glenn Gates v. Rohm & Haas Co" (2011). *2011 Decisions.* Paper 436.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/436

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-2108
_____

GLENN GATES; DONNA GATES, H/W,
ON BEHALF OF THEMSELVES
AND ALL OTHERS SIMILARLY SITUATED
v.
ROHM AND HAAS COMPANY; MORTON INTERNATIONAL, INC, ;
ROHM AND HAAS CHEMICALS LLC;
HUNTSMAN; HUNTSMAN POLYURETHANES;
MODINE MANUFACTURING COMPANY

Glenn Gates, Donna Gates,
Appellants

_____

ORDER AMENDING OPINION
_____

It appears that the address and firm information listed for Louis C. Ricciardi, Esq. on the precedential opinion filed in this case on August 25, 2011 is incorrect. Accordingly, it is hereby O R D E R E D that the opinion is hereby amended to reflect the correct information as follows:

LOUIS C. RICCIARDI, ESQUIRE (ARGUED)
Law Office of Louis C. Ricciardi, P.C.
1500 John F. Kennedy Boulevard, Suite 200
Philadelphia, PA, 19102

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: September 6, 2011

cc:    Aaron J. Friewald, Esq.
Louis C. Ricciardi, Esq.
Nilam A. Sanghvi, Esq.
Samuel W. Silver, Esq.
Carl A. Solano, Esq.
Ralph G. Wellington, Esq.